IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 04-2505 MEJ |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| vs. | |
| $29,799.98 IN FUNDS, | |
| Defendant(s). | |

On October 27, 2004, the Court approved the parties' stipulated settlement. Due to inadvertent error, the case was not dismissed at that time. Accordingly, the Court hereby DISMISSES the above-captioned matter. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 31, 2008

MARIA-ELENA JAMES
United States Magistrate Judge