1 ALEX G. TSE (CABN 152348)
Acting United States Attorney

2

BARBARA J. VALLIERE (DCBN 439353)
3 Chief, Criminal Division

**FILED**

4 STEPHANIE M. HINDS (CABN 154284)
Assistant United States Attorney

JUN 7 – 2018

5

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
6 San Francisco, California 94102-3495
Telephone: (415) 436-7200
7 FAX: (415) 436-7234
E-Mail: stephanie.hinds@usdoj.gov

8

Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,                     ) NO. CV 04-2505 MEJ
                                                )
14          Plaintiff,                          )
                                                ) [PROPOSED] ORDER AND FINAL JUDGMENT
15     v.                                       ) OF FORFEITURE
                                                )
16 $29,799.98 IN FUNDS SEIZED FROM              )
HUMBOLDT BANK,                                  )
17                                              )
            Defendant.                          )
18 _____)

19

Upon consideration of the United States' motion for entry of default and final judgment of

20

forfeiture, the pleadings and papers filed on this case,

21

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

22

1. The United States will pay John Paulson, a potential claimant, a sum of $8,500 plus any

23

interest accrued pursuant to the settlement agreement filed on October 27, 2004.

24

2. All right, title, and interest in the remaining defendant property, approximately $21,299.98 in

25

United States Currency plus any interest accrued, are forfeited to the United States of

26

America pursuant to 21 U.S.C. § 881(a)(6).

27

///

28

3. The United States will dispose of the forfeited currency according to law.

Dated:

6-7-18

_____
MARIA-ELENA JAMES
United States Magistrate Judge